**IN THE UNITED STATES DISTRIC COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ROBERT B. HARTENFELS, as Administrator of the Estate of DEBBIE BOYD; and ROBERT B. HARTENFELS, as Administrator of the Estate of HANNAH HARTENFELS, | CASE NO.: 23-345 |
| Plaintiff, | **TRIAL BY JURY DEMANDED** |
| v. | |
| TREVIN G. PRESLEY, and MID STAR TIMBER HARVESTING, INC., | |
| Defendants. | |

---

## COMPLAINT

---

COMES NOW Plaintiff, ROBERT B. HARTENFELS, as Administrator of the Estate of DEBBIE BOYD; and as Administrator of the Estate of HANNAH HARTENFELS, by and through undersigned counsel, in the above-styled matter and files this Complaint against Defendants, TREVIN G. PRESLEY and MID STAR TIMBER HARVESTING, INC., and for causes of action would respectfully show unto the Court the following:

### PARTIES

1.      Plaintiff, ROBERT B. HARTENFELS, is a resident of Pike County, Pennsylvania, is the Administrator for the Estate of DEBBIE BOYD, Deceased (Letters of Administration appointing ROBERT B. HARTENFELS administrator of the Estate of Debbie Boyd are attached hereto), is the Administrator of the Estate of HANNAH HARTENFELS, Deceased (Letters of Administration appointing ROBERT B. HARTENFELS administrator of the Estate of Hannah

Hartenfels are attached hereto), and was at all times material to this complaint over the age of nineteen (19) years.

2.      Defendant, TREVIN G. PRESLEY, is a resident of Choctaw County, Alabama, and is over the age of nineteen (19) years.

3.      Defendant, MID STAR TIMBER HARVESTING, INC., is a domestic corporation, at all times material to this complaint was doing business in Alabama, and whose principal place of business is located at 4524 Wimberly Road, Toxey, Alabama 36921.

## JURISDICTIONAL STATEMENT

4.      This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

## STATEMENT OF FACTS

5.      On or about May 16, 2022, Plaintiff's decedent DEBBIE BOYD operated a motor vehicle, in which Plaintiff's decedent HANNAH HARTENFELS was a passenger, eastbound on US-84, a public roadway in Choctaw County, Alabama.

6.      At said time and place Defendant TREVIN G. PRESLEY operated a motor vehicle owned by Defendant MID STAR TIMBER HARVESTING INC. eastbound on US-84 in Choctaw County, Alabama.

7.      On or about May 16, 2022, at approximately Mile Post 13.7 in the eastbound lane of US-84 in Choctaw County, Alabama, the motor vehicle operated by Defendant TREVIN G. PRESLEY and owned by Defendant MID STAR TIMBER HARVESTING INC. was involved in an automobile accident with the motor vehicle operated by Plaintiff's decedent DEBBIE BOYD

and occupied by Plaintiff's decedent HANNAH HARTENFELS.

8.  On or about May 16, 2022, Plaintiff's decedent DEBBIE BOYD was attempting to turn left onto County Road 21 from US-84. Defendant TREVIN G. PRESLEY, driving the vehicle owned by Defendant MID STAR TIMBER HARVESTING INC., failed to slow his vehicle and collided with the rear of the vehicle operated by Plaintiff's decedent DEBBIE BOYD and occupied by Plaintiff's decedent HANNAH HARTENFELS.

9.  Defendant TREVIN G. PRESLEY's actions as aforesaid caused Defendants' vehicle to collide with the vehicle operated by Plaintiff's decedent DEBBIE BOYD and occupied by Plaintiff's decedent HANNAH HARTENFELS.

10.  Defendant TREVIN G. PRESLEY is at fault for causing the accident of May 16, 2022, involving Plaintiff's decedents.

11.  As a result of the aforementioned motor vehicle accident, Plaintiff's decedents, DEBBIE BOYD and HANNAH HARTENFELS, suffered wrongful deaths.

## COUNT I
### *Negligence (Defendant TREVIN G. PRESLEY)*

12.  Plaintiff hereby incorporates by reference the foregoing paragraphs of this Complaint as if more fully set forth herein.

13.  On or about May 16, 2022, Plaintiff's decedent DEBBIE BOYD was operating a motor vehicle, in which Plaintiff's decedent HANNAH HARTENFELS was a passenger, on US-84, a public roadway in Choctaw County, Alabama.

14.  At said time and place Defendant TREVIN G. PRESLEY negligently operated the vehicle he was driving, allowing said vehicle to collide with the vehicle being driven by Plaintiff's decedent DEBBIE BOYD and occupied by Plaintiff's decedent HANNAH HARTENFELS.

15.  Said collision was caused by the negligence of Defendant TREVIN G. PRESLEY

3

in failing to keep a proper lookout, failing to see and avoid what should have been seen and avoided, and failing to have the vehicle he was driving under proper control.

16.    Defendant TREVIN G. PRESLEY's said negligence, as aforesaid, proximately caused Plaintiff's decedents, DEBBIE BOYD and HANNAH HARTENFELS, to suffer injuries and damages, including but not limited to the following: they suffered physical injuries to their bodies; they endured physical pain and suffering; they suffered emotional distress and mental anguish; and ultimately, they both suffered wrongful deaths as a direct and proximate result of the motor vehicle accident made the basis of this complaint.

17.    At all times material to this complaint, Defendant TREVIN G. PRESLEY was acting as agent, servant or employee of MID STAR TIMBER HARVESTING, INC., and was acting within the line and scope of such relationship.

<u>**COUNT II**</u>
*Wantonness (Defendant TREVIN G. PRESLEY)*

18.    Plaintiff hereby incorporates by reference the foregoing paragraphs of this Complaint as if more fully set forth herein.

19.    On or about May 16, 2022, Plaintiff's decedent DEBBIE BOYD was operating a motor vehicle, in which Plaintiff's decedent HANNAH HARTENFELS was a passenger, on US-84, a public roadway in Choctaw County, Alabama.

20.    At said time and place Defendant TREVIN G. PRESLEY wantonly operated the vehicle he was driving, allowing said vehicle to collide with the vehicle being driven by Plaintiff's decedent DEBBIE BOYD and occupied by Plaintiff's decedent HANNAH HARTENFELS.

21.    Said collision was caused by the wantonness of Defendant TREVIN G. PRESLEY in failing to keep a proper lookout, failing to see and avoid what should have been seen and

avoided, and failing to have the vehicle he was driving under proper control.

22.     Defendant TREVIN G. PRESLEY's said wantonness, as aforesaid, proximately caused Plaintiff's decedents, DEBBIE BOYD and HANNAH HARTENFELS, to suffer injuries and damages, including but not limited to the following: they suffered physical injuries to their bodies; they endured physical pain and suffering; they suffered emotional distress and mental anguish; and ultimately, they both suffered wrongful deaths as a direct and proximate result of the motor vehicle accident made the basis of this complaint.

23.     At all times material to this complaint, Defendant TREVIN G. PRESLEY was acting as agent, servant or employee of MID STAR TIMBER HARVESTING, INC., and was acting within the line and scope of such relationship.

## COUNT III
### *Wrongful Death pursuant to ALABAMA CODE § 6-5-410*
### *(Defendant TREVIN G. PRESLEY)*

24.     Plaintiff, ROBERT B. HARTENFELS, as Administrator of the Estate of DEBBIE BOYD, deceased, and as Administrator of the Estate of HANNAH HARTENFELS, deceased, realleges and incorporates each and every allegation contained in the preceding paragraphs in this Complaint as though set forth fully herein.

25.     As a result of the aforementioned motor vehicle collision, Plaintiff's decedents, DEBBIE BOYD and HANNAH HARTENFELS, suffered serious bodily injuries from which they both died.

## COUNT IV
### *Negligence (Defendant Mid Star Timber Harvesting, Inc.)*

26.     Plaintiff hereby incorporates by reference the foregoing paragraphs of this Complaint as if more fully set forth herein.

27.     On or about May 16, 2022, Defendant TREVIN G. PRESLEY, an agent/employee

of Defendant MID STAR TIMBER HARVESTING, INC., so negligently operated a motor vehicle on US-84, a public roadway in Choctaw County, Alabama, as to cause or allow it to collide with a vehicle being driven by Plaintiff's decedent DEBBIE BOYD, and occupied by Plaintiff's decedent HANNAH HARTENFELS, ultimately causing the wrongful death of both.

28.    At such time and place Defendant TREVIN G. PRESLEY was acting as agent, servant or employee of Defendant MID STAR TIMBER HARVESTING, INC., and was acting within the line and scope of such agency, servitude or employment.

29.    Defendants' said negligence proximately caused Plaintiff's decedents DEBBIE BOYD and HANNAH HARTENFELS to suffer injuries and damages including but not limited to: they suffered physical injuries to their person; they endured physical pain and suffering; they suffered emotional distress and mental anguish; and ultimately, they both suffered wrongful deaths as a direct and proximate result of the motor vehicle accident made the basis of this complaint.

## COUNT V
### *Wantonness (Defendant Mid Star Timber Harvesting, Inc.)*

30.    Plaintiff hereby incorporates by reference the foregoing paragraphs of this Complaint as if more fully set forth herein.

31.    On or about May 16, 2022, Defendant TREVIN G. PRESLEY, an agent/employee of Defendant MID STAR TIMBER HARVESTING, INC., so wantonly operated a motor vehicle on US-84, a public roadway in Choctaw County, Alabama, as to cause or allow it to collide with a vehicle being driven by Plaintiff's decedent DEBBIE BOYD, occupied by Plaintiff's decedent HANNAH HARTENFELS, and ultimately causing the wrongful death of both.

32.    At such time and place Defendant TREVIN G. PRESLEY was acting as agent, servant or employee of Defendant MID STAR TIMBER HARVESTING, INC., and was acting

within the line and scope of such agency, servitude or employment.

33.    Defendants' said wantonness proximately caused Plaintiff's decedents DEBBIE BOYD and HANNAH HARTENFELS to suffer injuries and damages including but not limited to: they suffered physical injuries to their person; they endured physical pain and suffering; they suffered emotional distress and mental anguish; and ultimately, they both suffered wrongful deaths as a direct and proximate result of the motor vehicle accident made the basis of this complaint.

## COUNT VI
### *Negligent Hiring, Retention, Monitoring, Supervision and/or Training*
### *(Defendant Mid Star Timber Harvesting, Inc.)*

34.    Plaintiff hereby incorporates by reference the foregoing paragraphs of this Complaint as if more fully set forth herein.

35.    Defendant MID STAR TIMBER HARVESTING INC. negligently hired, trained, monitored, supervised and/or instructed Defendant TREVIN G. PRESLEY.

36.    The negligence, carelessness, and/or recklessness of the Defendant MID STAR TIMBER HARVESTING INC. individually, and by and through its various employees, servants, workers, and/or agents, including Defendant TREVIN G. PRESLEY, consisted of the following:

a.    Negligently failing to properly train, monitor, and or/supervise its employees, drivers, and/or agents, including, but not limited to, Defendant TREVIN G. PRESLEY;

b.    Negligently hiring and/or continuing to employ Defendant TREVIN G. PRESLEY despite the fact that it knew or should have known that he was not properly qualified and/or trained;

c.    Negligently permitting Defendant TREVIN G. PRESLEY to operate its motor vehicles when it knew or should have known that he was not properly qualified and/or trained;

d.    Negligently allowing Defendant TREVIN G. PRESLEY to operate motor vehicles in its possession when it knew or should have known that such operation posed a risk of danger to others lawfully on the roadway;

e.    Negligently failing to adopt appropriate employee manuals and/or training

procedures;

f.    Negligently failing to enforce its employee manuals and/or training procedures;

g.    Negligently failing to implement and/or enforce an effective safety system;

h.    Negligently failing to ensure that its management personnel and drivers were aware of the requirements and dictates of the Alabama Motor Vehicle Code;

i.    Negligently failing to ensure that its employees, drivers, and/or agents complied with the provisions of the Alabama Motor Vehicle Code;

j.    Negligently failing to monitor and/or regulate its driver's actions;

k.    Negligently acting in conscious disregard for the rights and safety of Plaintiff's decedents; and

l.    Negligently remaining consciously indifferent to the rights and safety of Plaintiff's decedents.

37.    As a direct and proximate result of Defendant MID STAR TIMBER HARVESTING INC.'s negligence, carelessness and recklessness as aforesaid, Plaintiff's decedents suffered harm as aforesaid.

## COUNT VII
### *Wrongful Death pursuant to ALABAMA CODE § 6-5-410*
### *(Defendant Mid Star Timber Harvesting, Inc.)*

38.    Plaintiff, ROBERT B. HARTENFELS, as Administrator of the Estate of DEBBIE BOYD, deceased, and as Administrator of the Estate of HANNAH HARTENFELS, deceased, realleges and incorporates each and every allegation contained in the preceding paragraphs in this Complaint as though set forth fully herein and demands judgment against Defendant MID STAR TIMBER HARVESTING, INC. for injuries and the wrongful deaths of DEBBIE BOYD and HANNAH HARTENFELS.

39.    As a result of the aforementioned motor vehicle collision, Plaintiff's decedents, DEBBIE BOYD and HANNAH HARTENFELS, suffered serious bodily injuries from which they

both died.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, ROBERT B. HARTENFELS, as Administrator of the Estate of DEBBIE BOYD, and as Administrator of the Estate of HANNAH HARTENFELS, demands judgment against the Defendants TREVIN G. PRESLEY and MID STAR TIMBER HARVESTING INC., jointly and/or severally, for punitive damages, together with all costs and disbursements, in an amount in excess of $75,000.

## **PLAINTIFF DEMANDS TRIAL BY STRUCK JURY**

Respectfully submitted this the 7th day of September, 2023,

*/s/ T. Randall Lyons*
T. RANDALL LYONS (LYO006)

**OF COUNSEL:**
**MALONEY-LYONS, LLC**
DAVID J. MALONEY (MAL014)
601 Government Street
Mobile, Alabama 36602
Telephone: (251) 433-4440
Facsimile: (251) 433-5636
***Counsel for Plaintiff***

Defendant, **TREVIN G. PRESLEY,** to be served via Sherrif at the following address:

TREVIN G. PRESLEY
4462 Mosley Bridge Rd.
Gilbertown, AL 36908

Defendant, **MID STAR TIMBER HARVESTING, INC.,** to be served via Certified Mail at the following address:

Mid Star Timber Harvesting, Inc.
c/o Mitchell R. Presley (Reg. Agent)
4489 Wimberly Road
Toxey, AL 36921